# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAHEEM LOUIS-EL, | No. 4:19-CV-00384 |
| Plaintiff, | (Judge Brann) |
| v. | |
| WARDEN DAVID EBBERT, *et al.*, | |
| Defendants. | |

## ORDER

**MARCH 24, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss, or in the alternative, for Summary Judgment, ECF No. 22, is **GRANTED**:

2. Plaintiff's claim regarding the withholding of his personal property in the Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**;

3. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants and as against Plaintiff on the remainder of Plaintiff's claims contained in the Complaint, ECF No. 1; and

4. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge